AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Locklear

v.

Washington State Department of Corrections

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-259-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   Petitioner's Amended Petition Under 28 U.S.C. 2254 for Writ of Habeas Corpus is DENIED and the case is closed.

04/23/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson